IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Madison, Jerry C | Case Number: 07 B 14766 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/29/08 | Filed: 8/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  November 13, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,148.34 | |
| Secured: | | 66.66 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 3.81 |
| Other Funds: | | 1,077.87 |
| Totals: | 1,148.34 | 1,148.34 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 2,000.00 | 66.66 |
| 3. | Chase Home Finance | Secured | 26,211.70 | 0.00 |
| 4. | Consumer Portfolio Services | Unsecured | 517.29 | 0.00 |
| 5. | Cavalry Portfolio/Collection | Unsecured | 0.00 | 0.00 |
| 6. | Capital One | Unsecured | 0.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 0.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 19.85 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 51.02 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Cook County Treasurer | Secured | | No Claim Filed |
| 12. | Conscrdtsvcs | Unsecured | | No Claim Filed |
| 13. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 14. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 16. | Cavalry Portfolio/Collection | Unsecured | | No Claim Filed |
| 17. | Bank One | Unsecured | | No Claim Filed |
| 18. | Chase | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Fbcs Inc | Unsecured | | No Claim Filed |
| 22. | Farmers Insurance Group | Unsecured | | No Claim Filed |
| 23. | HFC | Unsecured | | No Claim Filed |
| 24. | Island National Group | Unsecured | | No Claim Filed |
| 25. | Credit One | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Madison, Jerry C | Case Number: 07 B 14766 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 1/29/08 | Filed: 8/15/07 |

| | | | | |
|---|---|---|---|---|
| 26. | SBC | Unsecured | | No Claim Filed |
| 27. | MRSI | Unsecured | | No Claim Filed |
| 28. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 31. | Fremont Investment & Loan | Unsecured | | No Claim Filed |

$ 28,799.86     $ 66.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 3.81 |

$ 3.81

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_